| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | GERARDO RAMOS MATA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00117-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| GERARDO RAMOS MATA, | DATE: June 6, 2019 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Gary Leuis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Gerardo Ramos Mata, that the status conference currently scheduled for April 4 2019, may be continued to June 6, 2019, at 10:00 a.m.

Defense counsel was just assigned the case and requires additional time to review discovery and conduct any needed investigation.

///

///

///

///

///

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 28, 2019

*/s/ Gary Leuis*
GARY LEUIS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 28, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
GERARDO RAMOS MATA

## **O R D E R**

The Court finds that there is good cause for the requested continuance and hereby orders that the status conference currently scheduled for April 4, 2019, is continued to June 6, 2019, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **March 29, 2019**

UNITED STATES MAGISTRATE JUDGE