# 1:18IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>GERARDO RAMOS MATA,<br><br>               Defendant. | Case No. 1:18-mj-00117-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving Without a Valid Drivers License, in violation of 36 C.F.R. Section 4.2(b); CVC 12500 |
| **Sentence Date:** | June 6, 2019 |
| **Review Hearing Date:** | April 16, 2020 |
| **Probation Expires On:** | June 5, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $310 which Total Amount is made up of a Fine: $ 300  Special Assessment: $10

☒     **Community Service:** The Defendant complete 100 hours of community service by March 6, 2020.

☒     **Other Conditions:** The Defendant shall attend AA classes once a week for 26 weeks while on probation.

## *COMPLIANCE:*

☒     Defendant has completed <u>all</u> conditions of probation described-above.

## GOVERNMENT POSITION:

☒	The Government agrees to the above-described compliance.


DATED:  April 2, 2020	*/s/ Jeffrey Spivak*
	JEFFREY SPIVAK
	Assistant United States Attorney

## DEFENDANT'S REQUEST:

In light of the information detailed in this status report, the defendant requests that the review hearing set for April 16, 2020, be vacated.


DATED: April 2, 2020	*/s/ Matthew Lemke*
	MATTHEW LEMKE
	Assistant Federal Defender
	Attorney for Defendant

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the review hearing set for April 16, 2020, be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated: __April 6, 2020__

_____
UNITED STATES MAGISTRATE JUDGE